738

Joseph J. **MULHERN**, Sr., Executor of the Estate of Robert M. Carroll, deceased, Plaintiff-Appellant,

v.

**CAPITAL AIRLINES, INC.**, and United Air Lines, Inc., Defendants-Appellees.

No. 168, Docket 29984.

United States Court of Appeals Second Circuit.

Argued Nov. 17, 1965.

Decided Nov. 17, 1965.

John F. Mulhern, Boston, Mass. (Raymond V. Rebecchi, New York City, on the brief), for plaintiff-appellant.

William J. Junkerman, John H. Riggs, Jr., and Haight, Gardner, Poor & Havens, New York City, for defendants-appellees.

Before LUMBARD, Chief Judge, and MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

Having previously studied the briefs and appellant's Appendix, we heard argument and affirmed in open court. The case arises out of the same plane crash and involves legal questions identical with those before this Court earlier this year in Skahill v. Capital Airlines, Inc., April 20, 1965, 2 Cir., Docket No. 29422, affirmed in open court on the opinion of Judge Levet below, reported at 234 F. Supp. 906. We agree with the panel of this Court sitting in that case (Kaufman, Hays and Anderson, C. JJ.).

Affirmed.

Sue F. **GEORGE**, Appellant,

v.

**NEW YORK LIFE INSURANCE COMPANY**, a Mutual Insurance Company, Appellee.

No. 20067.

United States Court of Appeals Ninth Circuit.

Dec. 20, 1965.

William B. Bantz, of Bantz & Hemovich, Spokane, Wash., for appellant.

Benjamin H. Kizer, Robert E. Stoeve, of Turner, Stoeve & Layman, Spokane, Wash., for respondent.

Before POPE, JERTBERG and BROWNING, Circuit Judges.

PER CURIAM:

In this action at law, tried to the court sitting without a jury, the district court made findings in favor of the defendant and entered judgment accordingly. Upon this appeal the contention is that the findings are clearly erroneous and that there was sufficient evidence to establish the claim of the plaintiff.

We have examined the record with care and the contentions of the appellant with respect thereto and we are forced to the conclusion that the findings are supported by the evidence, that they are not clearly erroneous, and that the judgment of the court below should be affirmed.

It is so ordered.